# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>P. VELARDI, et al.,<br><br>　　　　　　　　　Defendant. | Case No.: 16cv1924-LAB (RNB)<br><br>**ORDER DIRECTING CLERK TO FORWARD R&R TO NEW ADDRESS; AND**<br><br>**ORDER EXTENDING DEADLINE TO FILE OBJECTIONS** |

After Magistrate Judge Ruben Brooks issued his report and recommendation (the "R&R"), Plaintiff filed a notice of change of address. It isn't clear whether Plaintiff received the R&R at his old address, or whether it is being forwarded to his new address.

In the interests of adjudicating this case on the merits, if possible, the Court directs the Clerk to re-send a copy of the R&R to Plaintiff at his new address.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | The deadline for filing objections to the R&R is **EXTENDED** to **September 27, 2018**.
2 | **IT IS SO ORDERED**.

Dated: September 12, 2018

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge